```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 04763
   GEORGE R HALL
   MARY LOUISE HALL                             CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
             Debtor
   SSN XXX-XX-6667    SSN XXX-XX-2829

------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 04/28/2006 and was confirmed 06/15/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 02/07/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST    PRINCIPAL
                                                               PAID        PAID
------------------------------------------------------------------------------
SMC                        UNSEC W/INTER     250.65            17.73      250.65
ECAST SETTLEMENT CORP      UNSEC W/INTER    6940.06           489.30     6940.06
CITIBANK                   UNSEC W/INTER NOT FILED              .00         .00
CITIBANK                   UNSEC W/INTER NOT FILED              .00         .00
GENERAL ELECTRIC/JCP CON   UNSEC W/INTER     333.17            19.88      333.17
RESURGENT CAPITAL SERVIC   UNSEC W/INTER    2150.86           128.04     2150.86
STATE FARM BANK            FILED LATE      11723.56              .00         .00
STATE FARM BANK            FILED LATE           .00              .00         .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     2,325.25                     2,325.25
TOM VAUGHN                 TRUSTEE                                         741.05
DEBTOR REFUND              REFUND                                          904.01

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  14,300.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                        9,674.74
    INTEREST                                       654.95
ADMINISTRATIVE                                   2,325.25
TRUSTEE COMPENSATION                               741.05
DEBTOR REFUND                                      904.01
                         ---------------      ---------------
TOTALS                   14,300.00               14,300.00



              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 04763 GEORGE R HALL & MARY LOUISE HALL
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 07/30/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                              PAGE   2
        CASE NO. 06 B 04763 GEORGE R HALL & MARY LOUISE HALL